(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: ___16-cv-10023-JLK_____

Cynthia Hardin
_____

_____

### Plaintiff(s)

v.

Domestic Abuse Shelter, INC, and Venita Garvin
_____

_____

_____

_____

### Defendant(s)

FILED by _LW_ D.C.

JUN 06 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – KEY WEST

Motion for 30 day extension to answer
_____

*(TITLE OF DOCUMENT)*

I, ___Domestic Abuse Shelter, Inc, and Venita Garvin___ plaintiff or defendant, in the above styled cause,

Motion being requested for a thirty day extension to file an answer in the above stated case. See attached email

communication where Mr. Shulby, attorney representing Ms. Hardin has no objection to the request for the extension.

_____

**Certificate of Service**

I __Venita Garvin__ , certify that on this date __5/31/2016__ a true copy

of the foregoing document was mailed to: __Todd W. Shulby, PA.__
name(s) and address(es)

1792 Bell Tower Lane, Weston, Florida 33326

By: _____

Printed or typed name of Filer
Venita Garvin

Florida Bar Number
N/A

Phone Number
305-498-8779

Street Address
140 Coco Plum Drive, Unit 2, Marathon, FL 33050

City, State, Zip Code

Signature of Filer    5-29-16

E-mail address
venitagv@aol.com

Facsimile Number

**From:** Todd W. Shulby <TShulby@shulbylaw.com>
**To:** venitagv <venitagv@aim.com>
**Cc:** Lynn Langford <LLangford@shulbylaw.com>
**Subject:** Re: Request for an extension, Cynthia Hardin
**Date:** Wed, May 25, 2016 1:18 pm

Of course, no objection. Please file a motion with the court and indicate we are not opposed to the extension.

Sent from my iPhone

On May 25, 2016, at 10:12 AM, "venitagv@aim.com" <venitagv@aim.com> wrote:

May 25, 2016

Dear Mr. Shulby,

This is a follow up email to my phone call made today to your office requesting an extension on the answer to Cynthia
Hardin in the case number 16-cv-10023-JLK.  Thank you for your consideration of this request.

Kindly,

Venita Garvin
140 Coco Plum Drive, Unit 2
Marathon, Florida 33050
venitagv@aol.com
305-498-8779



Kente Garvin
140 66th Plum Drive #3
Marathon, FL 33050

RETURN RECEIPT
REQUESTED

U.S. POSTAGE
PAID
ISLAMORADA, FL
33036
MAY 31, 18
AMOUNT
$6.47
R2305K131386-03

33040

7015 1730 0000 2452 3778

Mr. Steven M. Larimore, Clerk of Court
United States District Court
Southern District of Florida
301 Simonton Street, Room 130
Key West, Florida 33040