UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-10023-CIV-KING

CYNTHIA HARDIN,

      Plaintiff,

v.

DOMESTIC ABUSE SHELTER, INC. and
VENITA GARVIN,

      Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**THIS MATTER** comes before the Court upon Defendants Venita Garvin and Domestic Abuse Shelter, Inc.'s Motion for Extension of Time to Respond to Complaint (DE 5), filed June 6, 2026. The motion is signed by Venita Garvin, who appears to be proceeding *pro se*.[1]

The motion seeks a thirty day extension of the time within which Defendants must respond to the Complaint (DE 1). As Defendant Venita Garvin is named individually in the Complaint, she may defend herself *pro se* and file motions on her own behalf. However, *pro se* individuals may not represent corporations or file motions on behalf of corporate defendants.

---

[1] The motion indicates that Venita Garvin does not have a Florida Bar Number, and a search of Florida Bar records for attorneys named Venita Garvin produced no record of an attorney by that name.

1

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that Defendants VENITA GARVIN and DOMESTIC ABUSE SHELTER, INC.'s Motion for Extension of Time to Respond to the Complaint **(DE 5)** be, and the same is, hereby **GRANTED IN PART AND DENIED IN PART**:

1. As to Defendant VENITA GARVIN, the motion is **GRANTED** and Defendant VENITA GARVIN shall **ANSWER** or otherwise RESPOND to the Complaint **(DE 1)** within **twenty (20) days** of the date of this Order.

2. As to Defendant DOMESTIC ABUSE SHELTER, INC., the motion is **DENIED** and Defendant DOMESTIC ABUSE SHELTER, INC. must **ANSWER** or otherwise respond to the Complaint **(DE 1)** within the time frame required by the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th day of June, 2016.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc: **All counsel of record**
**Venita Garvin**, *pro se*